| | |
|---|---|
| Kevin R. Vibbert<br>Attorney at Law<br>1402 Broadway Street<br>Longview, WA  98632<br>(360) 423-0242 | THE HONORABLE BRIAN D LYNCH<br>Chapter 13<br>Location: Vancouver, WA<br>Date: March 31, 2020<br>Time: 1:00 PM<br>Response Date: March 24, 2020 |

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>Morris, David B,<br>        Debtors. | Case No.: 20-40308-MJH<br><br>MOTION FOR ORDER TO SHOW CAUSE<br>RE: CONTEMPT with NOTICE OF HEARING |

PLEASE TAKE NOTICE that the Debtor has filed a Motion for an Order to Show Cause why a Finding of Contempt should not be made and the HEARING IS SET FOR:

    JUDGE:    The Honorable Brian D Lynch    TIME: 1:00 pm

    PLACE:    500 W 12th Street    DATE:  MARCH 31, 2020

                 Vancouver, WA

IF YOU OPPOSE the Motion, you must file your written response with the Court Clerk, serve two copies on the Judge's chambers and deliver copies on the undersigned NOT LATER THAN the RESPONSE DATE, which is March 24, 2020.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING, WITHOUT FURTHER NOTICE, and strike the hearing.

*Motion For Order To Show Cause*
*Re: Contempt With Notice Of Hearing*
  Page 1 of 3

Kevin R. Vibbert
Attorney at Law
1402 Broadway Street
Longview, WA  98632
(360) 423-0242
ECF@Vibbert.Law

Case 20-40308-MJH    Doc 19    Filed 03/04/20    Ent. 03/04/20 16:59:06    Pg. 1 of 3

Dated this 4th day of March, 2020.

/s/Kevin R. Vibbert
KEVIN R. VIBBERT
W.S.B.A. #25625

MOTION

COMES NOW debtor, David B Morris, by and through his attorney, Kevin R. Vibbert, and requests this Court to enter an Order to Show Cause regarding Contempt against the State of Oregon, Department of Motor Vehicles. This motion is brought pursuant to 11 U.S.C. 362 and FRBP 9020 and further upon the information provided herein and in Debtor's Declaration.

BASIS OF MOTION

1: David B Morris filed for Chapter 13 bankruptcy relief on January 31, 2020;

2: State of Oregon Department of Motor Vehicles is the state agency in the State of Oregon that controls driving privileges within the state.

3: Debtor has unpaid traffic infraction fines in the State of Oregon that has caused the Department of Motor Vehicles to suspend Debtor's driving privilege in Oregon.

4: Upon filing of the present bankruptcy case Debtor caused notice of the bankruptcy filing to be sent to the Department of Motor Vehicles. Upon sending notice to the Department of Motor Vehicles, Debtor contacted the Department and requested that his driving privileges be cleared. The Department of Motor Vehicles failed to reinstate his driving privileges.

5: On or about February 6, 2020 Debtor sent a demand to the Department of Motor Vehicles demanding the Department to immediately release the hold on Debtor's driving privilege. The demand notified the Department that failure to immediately release Debtor's privilege would result in a stay violation motion with a request for

Motion For Order To Show Cause
Re: Contempt With Notice Of Hearing
Page 2 of 3

Kevin R. Vibbert
Attorney at Law
1402 Broadway Street
Longview, WA 98632
(360) 423-0242
ECF@Vibbert.Law

Case 20-40308-MJH    Doc 19    Filed 03/04/20    Ent. 03/04/20 16:59:06    Pg. 2 of 3

sanctions and terms. The State of Oregon Department of Motor Vehicles failed to respond to Debtor's demand.

6: The Departments refusal to release Debtor's driving privileges has impaired his ability to address a pending Driving While Suspended criminal charge in the State of Washington and prejudicing his ability to have the criminal charge amended to a civil infraction. Said amendment has been offered if Debtor reinstates his driving privilege.

WHEREFORE Debtor respectfully requests the following:

That is Court issue an Order requiring the State of Oregon, Department of Motor Vehicles to file and serve an answer to these allegations, and show cause, if any exist, why it should not be adjudged in civil contempt for failing and refusing to comply with section 362;

That following appropriate proceedings, this Court adjudge the Department of Motor Vehicles in civil contempt of this Court;

That this Court enter an order requiring the Department of Motor Vehicles to purge itself of such contempt by

1: Releasing the hold on Debtor's driving privileges in the State of Oregon, and

2: Paying all costs, expenses and attorney's fees incurred by Debtor in connection herewith, and

That this Court grant such other and further relief as may be deemed reasonable and necessary to assure compliance with this Court's judgment.

Respectfully submitted this 4th day of March, 2020.

/s/Kevin R. Vibbert
KEVIN R. VIBBERT
W.S.B.A. #25625

*Motion For Order To Show Cause*
*Re: Contempt With Notice Of Hearing*
  Page 3 of 3

Kevin R. Vibbert
Attorney at Law
1402 Broadway Street
Longview, WA 98632
(360) 423-0242
ECF@Vibbert.Law